Federal Court   2:06cv725-MHT

Plaintiff: Deron L. Barnett

v.

Defendant: Regions Bank Main Branch
8 Commerce St.

RECEIVED
2006 AUG 11 P 4:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Complaint

1. Deron L. Barnett
   3937 Piedmont Ct
   Montg. AL. 36108

   v.

2. Regions Bank Main Branch
   8 Commerce St.

3. Place of Alleged injustice.
   Saving account & Safe Deposit Box

4. Date. December 2002

5. Facts of injustice:
   Monies I placed in Regions Bank was wrongfully withdrawn by someone signing my name. Which handwriting expert stated wasn't my signature. Approximate $15,000.00 was Removed. Regions Bank offered only $500.00 Settlement. Since the year 2000 this has not been heard in Court.

6. Relief requested: Since I feel this is a federal case, I request this court to allow me an opportunity to present my cause. Today is my last day to file. I pray court will hear my case. Thank you.

Date: 8-11-06

Devon Z. B
Plaintiff(s) Signature

3937 Piedmont Ct.
Montgomery, Al. 36108
334-409-0683

2

6. Relief requested: Since I feel this is a federal case, I request this court to allow me an opportunity to present my cause. Today is my last day to file. I pray court will hear my case. Thank you.

Date: 8-11-06

3937 Piedmont Ct.
Montgomery, Al. 36108
334-409-0683

Plaintiff(s) Signature
X Deron Z Barnett

2

2:06cv725-MHT