# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:    Barnett v. Regions Bank Main Branch**
**Case Number:    2:06-cv-00725-MHT**

**This Notice of Correction was filed in the referenced case this date to add the corrected signature page to the Complaint.**

**The corrected signature page  attached to this notice for your review.   Reference is made to document # 1  filed on   August 11, 2006.**

6. **- Relief requested:** Since I feel this is a federal case, I request this court to allow me an opportunity to present my cause. Today is my last day to file. I pray court will hear my case. Thank you.

Date: 8-1-06

3937 Piedmont Ct.
Montgomery, Al. 36108
334-409-0683

Denon 2. B.
**Plaintiff(s) Signature**

X Denon 2 Barnet

2

2:06cv 725-MHT