IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERON L. BARNETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv725-MHT |
| | ) |
| REGIONS BANK, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of Regions Bank's motion to dismiss (doc. # 9) for want of jurisdiction, it is

ORDERED that on or before September 12, 2006, the plaintiff shall show cause why the motion should not be granted.

Done this 29th day of August, 2006.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE