IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 31 P 4:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DERON L. BARNETT
Plaintiff, Pro Se

v.

REGIONS BANK
Defendant.

CIVIL ACTION NO. 2:06cv725-MHT
(WO)

Comes now the plaintiff Deron Barnett to show just cause of lawsuit against the defendant. Here is my evidence to show how I was first treated unjust by the Courts. Here is a copy of my AAA papers that were filed with the Association, your Honor I'm not attorney so I'm going to keep simple and to the point. Regions wants my case dismissed because the court ruled I didn't file for Arbitration Here is a copy for the time I did, with the Notary Sea at the time I was asked to file I was doing my case Pro Se, like as of now. I filed a motion for A hearing to tell the Judge that, they wanted $18,000 plus weather the defendant did

not want settle or negotiate the suit, it was disturbing that my case was dismissed after the Judge called the AAA at the hearing, and they told him, yes your Honor he did file. I have copies of withdrawals slips that are not on my statement, my safe deposit card have signatures that a Handwriting expert picked out 4 or 5 signatures that are not mine. The defendant is trying very hard to keep this matter from going to court after I went to them very humble in the beginning. Please your honor don't let the Bank just take my finances like that.

Deron Z. Barnett
8-31-06
3937 Piedmont Ct
Montgomery. Al. 36108

I hereby certify that on this 31 day of Aug, 2006, a copy of this Certificate of Service was mailed, postage prepaid, to Regions Bank 8 Commerce St.

Deron L. Barnett

American Arbitration Association
*Dispute Resolution Services Worldwide*

*Southeast Case Management Center*
Chauncey B. Davis
Vice President

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

October 14, 2005

**VIA U.S. MAIL**
Deron L. Barnett
3937 Piedmont Ct.
Montgomery, AL 36108

Re: 30 459 00827 05
Deron L. Barnett
and
Regions Bank

Dear Parties:

As of this date we have not received the required signed agreement for this matter. Therefore, we are this date closing our files.

If at some point in the future the parties agree to submit this matter under the procedures of the AAA, please refile your Demand with the arbitration clause, along with the appropriate filing fees, and we will commence administration.

Very truly yours,

Lillie Harris
Case Assistant
800 925 0155
Harrisl@adr.org

Brenda Donald
Intake and Financial Supervisor
888 320 3496
Donaldb@adr.org

cc: Charles Patterson, Regions Bank, via u.s. mail

**American Arbitration Association Affidavit in Support of Reduction or Deferral of Filing and Administrative Fees**

Name: Deron L. Barnett
Age: 38
Address: 3937 Piedmont Ct. Mtgy. Al. 36108
Spouse:
Dependents: 3
Employer: Disabled
Salary:
Other Sources & Amounts of Income:

**Assets:**
Bank: None Checking:
Bank: Savings:
Home: None Value:
Other: Value:
Automobile: Dodge Make: Shadow Year: 90
Value of Stocks: None Bonds: None CD's None
Retirement (IRA, 401k, etc.) None Other: None

**Liabilities:**

| | | |
|---|---|---|
| Rent or Mortgage | $ 350.00 | $ |
| Automobile | $ | $ |
| Medical | $ | $ |
| Other: Storage | $ 40.00 | $ |
| Other: | $ | $ |

I have no other sources of income other than those indicated above, and I do not have assets sufficient to pay the American Arbitration Association's filing and administrative fees. Any other facts or circumstances, which support my position that I am unable to pay such fees, are indicated on additional correspondence or papers which are attached and are incorporated into this affidavit.

I hereby swear that the foregoing is a true and correct statement of my financial condition and by ability to pay.

Deron L. Barnett
Signature

Sworn to before me this 30 day of June, 2005

Francester D. Riley-Robinson
Notary Public

FRANCESTER D. RILEY-ROBINSON
Notary Public, AL State at Large
My Comm. Expires Feb. 18, 2009

The AAA will not retain any copies or originals of documents or information submitted by a party in connection with their hardship request, except for information such as whether a hardship request was granted, and the amount of the waiver or deferral. Accordingly, please indicate below where the AAA should mail such materials:

Name: Deron L. Barnett
Address: 3937 Piedmont.
City: Mtgy. State: Al. Zip Code: 36108

If no return address is filled in above, all documentation will be destroyed within 10 days of the AAA's hardship determination.

# American Arbitration Association

Commercial ARBITRATION RULES*
(Enter the name of the applicable rules.)

To institute proceedings, please send two copies of this demand *and the arbitration agreement*, with the filing fee as provided in the rules, to the AAA. Send the original demand to the respondent.

## DEMAND FOR ARBITRATION

DATE: 6-29-05

To: Name Regions Bank
Address 8 Commerce St.
(of the Party on Whom the Demand Is Made)
City and State Mtgy. Al. ZIP Code
Telephone ( ) 1-800-734-4667 Fax ( )
Name of Representative
(if Known)
Representative's Address
Name of Firm (if Applicable)
City and State ZIP Code
Telephone ( ) Fax ( )

The below named claimant, a party to an arbitration agreement contained in a written contract dated ________ and providing for arbitration under the ________ Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NATURE OF THE DISPUTE: The bank let someone withdraw money from my account, and also my safe deposit box.

THE CLAIM OR RELIEF SOUGHT (the Amount, if Any): Monetary damages

TYPES OF BUSINESS: Claimant Consumer Respondent Regions Bank

HEARING LOCALE REQUESTED: Montgomery, Al. (City and State)

DOES THIS DISPUTE ARISE OUT OF AN EMPLOYMENT RELATIONSHIP? ☐ Yes ☑ No

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association at its Atlanta, GA. regional office with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within fifteen days after notice from the administrator.

Signed Deron L. Barnett Title
(May Be Signed by a Representative)

SE CMC
JUL 05 2005
American Arbitration Association-Tribunal

Name of Claimant Deron L. Barnett
Address (to Be Used in Connection with This Case) 3937 Piedmont Ct.
Name of Firm (if Applicable)
City and State Montgomery, Alabama ZIP Code 36108
Telephone (334) 288-1031 Fax ( )
Name of Representative
Representative's Address
City and State ZIP Code
Telephone ( ) Fax ( )

☑ **MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you wish for the AAA to contact the other parties to ascertain whether they wish to mediate this matter, please check this box or list them on the back (there is no additional administrative fee for this service).**

* If you have a question about which rules apply or the address of the nearest regional office, please contact the AAA (1-800-778-7879).

Form G2-5/99

# AMERICAN ARBITRATION ASSOCIATION SUPPLEMENTARY PROCEDURES FOR CONSUMER-RELATED DISPUTES

**How to file a claim; consumers should:**

- Fill out this form and retain one copy for your records.
- Mail two copies of this form and your check or money order made payable to the AAA, to the AAA Case Management Center nearest to you. Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.
- Send a copy of this form to the business.

**How to file a claim; businesses should:**

- Fill out this form and retain one copy for your records.
- Mail two copies of this form and your check or money order made payable to the AAA, to the AAA Case Management Center nearest to you. Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.
- Send a copy of this form to the consumer by registered mail return receipt requested.

1 How is this claim being filed? Check only one.

[✓] By request of the consumer (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the business)

[ ] By request of the business (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the consumer by registered mail return receipt requested)

-or-

[ ] By mutual agreement ("submission") of the parties (both parties **must** sign this form)

2 Briefly explain the dispute.

They let someone take money out of my account & safe deposit box.

3 Do you believe there is any money owed to you? If yes, how much?

4 Is there any other outcome you want? [✓] Yes [ ] No

If yes, what is it? Monetary

5 Preferred hearing locale (if an in-person hearing is held) Montgomery, Al.

6 Fill in the following information

**Consumer**

Name of Consumer Deron L. Barnett

Address 3937 Piedmont Ct.

City/State/Zip Mtgy. Al. 36108

Telephone 334-288-1031

Fax

Signature of Consumer Deron L. Barnett

Representative

Firm

Address

City/State/Zip

Telephone

Fax

**Business**

Name of Business

Address

City/State/Zip

Telephone

Fax

Signature of Business

Representative

Firm

Address

City/State/Zip

Telephone

Fax

SE CMC
JUL 05 2005
American Arbitration Association-Tribunal

**AAA Customer Service 1-800-778-7879**

**AAA Web site: www.adr.org**

**SAFE DEPOSIT BOX ACCESS C[illegible]ID**

RENTER

NAME Devon Lofton Barnett

NAME

ADDRESS 3937 Piedmont Court Montgomery, AL 36108

NAME [illegible]

NAME

BOX NO. 169

| DATE | TIME | SIGNATURE | ATT. | DATE | TIME | SIGNATURE | ATT. |
|---|---|---|---|---|---|---|---|
| 10-5-02 | 9:55 | [signature] | [initials] | 11/15 | 2:25 | [signature] | [initials] |
| 10-18-02 | 9:25 | [signature] | [initials] | 11-14-02 (?) | 9:35 | [signature] | [initials] |
| 10-21-02 | 10:05 | [signature] | [initials] | 11/23/02 | 9:20 | [signature] | [initials] |
| [crossed out] | | | | 11/25/02 | 9:20 | [signature] | [initials] |
| 10-28-02 | 2:20 | [signature] | [initials] | 11/26/02 | 3:50 | [signature] | [initials] |
| 11-4-02 | 12:15 | [signature] | [initials] | 12-3-02 | 2:40 | [signature] | [initials] |
| 11/5/02 | 11:15 | [signature] | [initials] | | | | |
| 11-07-02 | 1:00 | [signature] | [initials] | | | | |
| 11-9-02 | 11:50 | [signature] | [initials] | | | | |
| 11/12/02 | 3:00 | [signature] | [initials] | | | | |

SDP-106 RG

ENTRANCE RECORD

**REGIONS BANK**

DPM 783

**Regions Bank**

DERON LOFTEN BARNETT
3937 PIEDMONT CT
MONTGOMERY AL 36108

## STATEMENT OF ACCOUNT

Closing Date 03/31/03

Account Number 62-63152-87

Account Type [illegible] SAVINGS

| Ending Balance Last statement | + Total Amount Deposits and Credits | - Total Amount Withdrawals and Debits | - Account Charges | = Balance as of Closing Date |
|---|---|---|---|---|
| .00 | 11,437.07 | [illegible]1,437.[illegible] | .07 | .00 |

| DATE | ACTIVITY | $ AMOUNT | BALANCE |
|---|---|---|---|
| 12/31/02 | BALANCE | | .00 |
| 01/06/03 | DEPOSIT | 6.00 | 6.00 |
| 01/07/03 | SUPP SEC US TREASURY 310 | 1,650.00 | 1,656.00 |
| 01/07/03 | WITHDRAWAL | 1,600.00- | 56.00 |
| 01/13/03 | WITHDRAWAL | 50.00- | 6.00 |
| 01/16/03 | WITHDRAWAL | 5.00- | 1.00 |
| 01/31/03 | SUPP SEC US TREASURY 310 | 169.00 | 170.00 |
| 01/31/03 | WITHDRAWAL | 165.00- | 5.00 |
| 02/04/03 | SUPP SEC US TREASURY 310 | 6,624.00 | 6,629.00 |
| 02/04/03 | WITHDRAWAL | 2,624.00- | 4,005.00 |
| 02/04/03 | WITHDRAWAL | 4,005.00- | .00 |
| 02/28/03 | SUPP SEC US TREASURY 310 | 169.00 | 169.00 |
| 02/28/03 | WITHDRAWAL | 149.00- | 20.00 |
| 03/03/03 | WITHDRAWAL | [illegible] | .00 |
| 03/12/03 | SUPP SEC US TREASURY 310 | 2,819.07 | 2,819.07 |
| 03/12/03 | WITHDRAWAL | 829.00- | 1,990.07 |
| 03/13/03 | WITHDRAWAL | 995.00- | 995.07 |
| 03/17/03 | WITHDRAWAL | 350.00- | 645.07 |
| 03/17/03 | WITHDRAWAL | 600.00- | 45.07 |
| 03/20/03 | WITHDRAWAL | 40.00- | 5.07 |
| 03/27/03 | WITHDRAWAL | 5.00- | .07 |
| 03/31/03 | EXCESSIVE WITHDRAWAL FEE | .07- | .00 |

TOTAL INTEREST PAID TO ACCOUNT AS OF 03/31/03 .00

90 DAYS IN THIS STATEMENT CYCLE.
ANNUAL PERCENTAGE YIELD EARNED 0.05 %

Please examine at once. If no error is reported within 30 days of the closing date, the account will be considered correct. Please advise us at once of any change in your address.

Barnett Barnett
Deron Barnett

egions Bank — Savings Account Withdrawal

Date 10-15-02

Name on Account: Deron L Barnett

Driv. Lic. # 5070843

Signature: Deron L Barnett

Address: 3937 Piedmont Ct.

Amount Received: Ten thousand Seven Hundred Eight 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: * 626315287

Amount: $ 10708.00

ons Bank — Savings Account Withdrawal

Date 10-17-02

Name on Account: Deron L. Barnett

Driv. Lic. # 5070843

Signature: Deron L Barnett

Address: 3937 Piedmont Ct.

Amount Received: 40. forty dollars 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: 626315287

Amount: $ 40.00

OCT17-02 09:53 00306 LXK0020 1092 0626315287 40.00 SVW

egions Bank — Savings Account Withdrawal

Date 11-15-02

Name on Account: Deron Barnett

Driv. Lic. # 5070843

Signature: Deron L Barnett

Address: 3937 Piedmont Ct.

Amount Received: Fifty - dollar

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: * 1024 315287

Amount: $ 50.00

DEC06-02 03:50 00305 JWE0020 2588 0626315287 1 50.00 SVW

gions Bank — Receipt

Subject to Conditions of this Bank's Depositors Contract.

low are Date, Branch, Teller Number, Sequence Number, Your Account Number, Amount and Transaction Type

(1) DIFFERENCE IN DATE

DEC13-02 11:55 00307 CDP0020 3864 0626315287 100.00 SVD

egions Bank — Savings Account Withdrawal

Date 12-13-02

Name on Account: Deron L Barnet

Driv. Lic. # 5070843 8/13/66

Signature: Deron L Barnett

Address: 3937 Piedmont Ct.

Amount Received: One hundred dollars 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: * 626315287

Amount: $ 100.00

(2) No DATE?

Regions Bank — Savings Account Withdrawal

Date 1-12-03

Name on Account: Duron L. Barnett

Driv. Lic. # 5070843

Signature: Deron L Barnett

Address: 3937 Piedmont Ct.

One hundred ninety five dollars 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: 626315287

Amount: $ 995.

WORKING COPY

Regions Bank — Savings Account Withdrawal

Date 1-15-03

Name on Account: Deron L. Barnett

Driv. Lic. # 5070843

Address: 3937 Piedmont Ct.

Signature: Deron L. Barnett

Amount Received: Six hundred & 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: *626315287

Amount: $ 600.00

NO ?

Regions Bank — Savings Account Withdrawal

Date 1-16-03

Name on Account: Deron Barnett

Driv. Lic. # 5070843

Address: 3937 Piedmont Ct.

Signature: Deron L. Barnett

Amount Received: Five-dollars

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: 626315287

Amount: $ 5.00

JAN16-03 11:38 00305 MCS0020 6597 0626315287 5.00 SVW

Regions Bank — Savings Account Withdrawal

Date 1-17-03

Name on Account: Deron L. Barnett

Driv. Lic. # 5070843

Address: 3937 Piedmont Ct.

Signature: Deron L. Barnett

Amount Received: Three hundred & fifty dollars

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: *626315287

Amount: $ 350.00

NO

Regions Bank — Savings Account Withdrawal

Date 1-19-03

AL 5070843 8-13-66

Name on Account: Deron L. Barnett

Driv. Lic. # 5070843

Address: 3937 Piedmont Ct.

Signature:

Amount Received: Two hundred & fifty dollars 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: 626438204

Amount: $ 250.00

DATE DIFFERENCE

NO

Regions Bank — Savings Account Withdrawal

Date 1-20-03

Name on Account: Deron L. Barnett

Address: 3937 Piedmont Ct.

Signature: Deron L. Barnett

Amount Received: Two hundred & 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: *626438204

Amount: $ 200.00

FEB20-03 09:41 00306 LFD0021 2585 0626438204 200.00 SVW

DATE DIFFERENCE

NO

Regions Bank — Savings Account Withdrawal

Date 1-26-03

Name on Account: Deron L. Barnett

Driv. Lic. # 5070843

Address: 3937 Piedmont Ct.

Signature: Deron L. Barnett

Amount Received: Five-dollars 00/100

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number: 626315287

Amount: $ 5.00

MAR27-03 03:01 00361 BSF0020 8381 0626315287 5.00 SVW

DATE DIFFERENCE

NO

egions Bank rawal

Name on Account Deroxl L. Barrett Driv. Lic. # 5070843 Date
Address 3937 Piedmont Ct. Signature Deron L. Barnett
Amount Received Sixteen hundred dollars + 00/100
NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.
Account Number *624315287 Amount $ 1600.00
1-22-05
8-13-06
DATE NO

ions Bank Receipt
Subject to Conditions of this Bank's Depositors Contract
are Date, Branch, Teller Number, Sequence Number, Your Account Number, Amount and Transaction Type

FEB04-03 ... 00317 ... 0626438204

Regions Bank Savings Account Withdrawal
Date 2-4-03 SAME
Name on Account Deroxl L. Barrett Driv. Lic. # 5070843
Address 3937 Piedmont Ct. Signature Deron L. Barnett
Amount Received Four thousand + five dollars + 00/100
NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.
Account Number *626315287 Amount $ 4005.00

Account Withdrawal
8-13-06 1-22-05
Date 2-13-03
Driv. Lic. # 5070843
Signature Deron Barnett
payment to the depositor.
Amount $ 300.00

gions Bank Savings Account Withdrawal
Date
Name on Account Deron L. Barrett Driv. Lic. # 5070843
Address 3937 Piedmont Ct. Signature
Amount Received dollars
NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.
Amount $ 45.00
FEB25-03 04:06 00305 JWE0020 5426 0626438204 45.00 SVW
DATE NO

FEB14-03 03:10 00305 ...
ions Bank Savings Account Withdrawal
Date 3-14-03
Name on Account Deroxl L. Barrett Driv. Lic. # 5070843
Address 3937 Piedmont Ct. Signature Deron L. Barnett
Amount Received Eight hundred [illegible] dollars
NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.
Account Number 626315287 Amount $ 8[illegible].00
$2,000.07 Balance
NO

gions Bank Savings Account Withdrawal

Date 4-1-03

Name on Account Deron L Barnett

Driv. Lic. # 5270843

Signature Deron L. Barnett

Address 3937 Piedmont Ct.

Amount Received

NOT NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number * 626438204

Amount $ 169.00

APR01-03 09:23 00361 BSF0020 9071 0626438204 169.00 SVW

ons Bank Savings Account Withdrawal

Date 4-03-03

Deron L. Barnett

Driv. Lic. # 5270843

Signature Deron L. Barnett

3937 Piedmont Ct.

Four hundred and 00/100

NEGOTIABLE: Withdrawals may be made only through payment to the depositor.

Account Number 626438204

Amount $ 400.00

APR03-03 09:15 00361 BSF0020 9302 0626438204 400.00 SVW