IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERON L. BARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv725-MHT |
| ) | (WO) |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

## OPINION

This litigation is now before the court on the Recommendation of the United States Magistrate Judge entered on September 1, 2006 (Doc. # 12), that the defendant's motion to dismiss filed August 28, 2006 (Doc. # 9), be granted and that this case be dismissed for want of jurisdiction.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE