RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA         2006 OCT 25  P 12: 12
_____ DIVISION

Deron L. Barnett                )
     Plaintiff,              )
                                )
vs.                             )    CIVIL ACTION NO. 2:06cv725 MHT
                                )
Regions Bank                    )
                                )
     Defendant.              )

NOTICE OF APPEAL

Notice is hereby given that  Deron L. Barnett
above named, hereby appeals to the United States Court of Appeals for the Eleventh
Circuit from the  Judgement  entered in this action on the  25  day of
Oct        , 19 2006

Deron L. Barnett
Signature

10-25-06
Date of Signature

Deron L. Barnett
3937 Piedmont Ct. Mtgy. Al.
Address                                                36108
334  409-0683