IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 24 2007
THOMAS K. KAHN
CLERK

No. 06-15707-C

DERON L. BARNETT,

          Plaintiff-Appellant,

versus

REGIONS BANK,

          Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant has filed a motion for leave to proceed in forma pauperis in order to appeal the district court's dismissal of his civil complaint. Appellant's filed a complaint against Regions Bank, alleging that approximately $15,000.00 had been wrongfully taken from his account through forgery, but Regions Bank had offered to refund him only $500.00. Appellant failed to show a basis for federal jurisdiction, however. His complaint did not raise an issue of federal law, see 28 U.S.C. § 1331, and he could not qualify for diversity jurisdiction because the amount in controversy was less than $75,000.00, see 28 U.S.C. § 1332.

Accordingly, because the appeal is frivolous, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

*Frank M. Hull*
_____
UNITED STATES CIRCUIT JUDGE