IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-15707-C

DERON L. BARNETT,

                                    Plaintiff-Appellant,

versus

REGIONS BANK,

                                    Defendant-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 23rd day of February, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pam Holloway
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40